UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                      )
                                           ) Case No._____
                                           )
                                           )
                                           ) **Notice of Intent**
                                           ) **to Abandon**
Debtor(s)                                  )

1. The trustee proposes, per 11 U.S.C. § 554, to abandon the following estate property:

2. The trustee believes that (check all applicable sections):

    a. Such property is burdensome to the estate.

    b. There is no equity for the estate in such property.

    c. Such property is of inconsequential value to the estate.

3. A brief description of the details relating to the checked sections in paragraph 2 is:

4. The trustee certifies that either (check one):

    a. This is a no-asset case, and an Amended Inventory and Report of Assets will be promptly filed if appropriate; or

    b. Further administration of other assets is still required.

**NOTICE IS GIVEN** that the property described above will be deemed abandoned on the 21st day after the trustee's date below, unless within 16 days of that date, an interested party:

1) files a written objection, setting forth the specific grounds for the objection, with the clerk at 1050 SW 6th Ave. #700, Portland, OR 97204 or 405 E 8th Ave #2600, Eugene OR 97401, and

2) serves the objection on the trustee at _____
_____.


Date: _____                               _____
                                                                    Trustee